UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 07 B 00765
     LEON SHELLEY
                                    CHAPTER 13

                                    JUDGE: JACK B SCHMETTERER


          Debtor
     SSN XXX-XX-1517
```

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/17/2007 and was confirmed 06/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 10/17/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES LLC | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| MERS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5938.12 | .00 | 189.48 |
| LEGAL RESCUES | REIMBURSEMENT | 50.00 | .00 | 50.00 |
| LEGAL RESCUES | DEBTOR ATTY | 3,000.00 | | 1,864.58 |
| TOM VAUGHN | TRUSTEE | | | 155.94 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,260.00 | |
| PRIORITY | | 50.00 |
| SECURED | | .00 |
| UNSECURED | | 189.48 |
| ADMINISTRATIVE | | 1,864.58 |
| TRUSTEE COMPENSATION | | 155.94 |
| DEBTOR REFUND | | .00 |
| TOTALS | 2,260.00 | 2,260.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/25/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE